UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA L. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-cv-374-JHP-DLP |
| | ) |
| DRIVELINE RETAIL | ) |
| MERCHANDISING, INC., | ) |
| | ) |
| Defendant. | ) |

## **JOINT STIPULATED DISMISSAL**

Plaintiff Lisa L. Edwards and Defendant Driveline Retail Merchandising, Inc. moves this Honorable Court to dismiss this matter with prejudice with each party to bear their own respective costs, under Federal Rule of Civil Procedure 41. The arbitration has concluded, and the parties have stipulated to this dismissal.

Respectfully submitted,

HASSLER KONDRAS MILLER LLP

*/s/ Robert P. Kondras*
Robert P. Kondras, Jr.
Bar No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
Phone (812) 232-9691
Facsimile (812) 234-2881
kondras@hkmlawfirm.com

**Attorney for Plaintiff**

and

            Kane Russell Coleman Logan PC

            */s/ Douglas Bracken*
            Douglas Bracken
            TX BPR # 00783697
            901 Main Street, Suite 5200
            Dallas, Texas 75202
            Phone (214) 777-4200
            Facsimile (214) 777-4299
            dbracken@krcl.com

            **Attorney for Defendant**

## CERTIFICATE OF SERVICE

   I hereby certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

            */s/ Robert P. Kondras*
            Robert P. Kondras, Jr.