The Court acknowledges the Joint Stipulated Dismissal, dkt. 25. JPH, 8/15/2022 Distribution via ECF.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LISA L. EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:20-cv-374-JPH-DLP |
| DRIVELINE RETAIL MERCHANDISING, INC., | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATED DISMISSAL

Plaintiff Lisa L. Edwards and Defendant Driveline Retail Merchandising, Inc. moves this Honorable Court to dismiss this matter with prejudice with each party to bear their own respective costs, under Federal Rule of Civil Procedure 41. The arbitration has concluded, and the parties have stipulated to this dismissal.

Respectfully submitted,

HASSLER KONDRAS MILLER LLP

*/s/ Robert P. Kondras*
Robert P. Kondras, Jr.
Bar No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
Phone (812) 232-9691
Facsimile (812) 234-2881
kondras@hkmlawfirm.com

**Attorney for Plaintiff**

and